IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Fred Cartwright, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
|   v. | ) Case No. 15-cv-06759 |
| | ) |
| Silver Cross Hospital and Crothall Health Care, Inc. | ) Hon. Judge John Robert Blakey |
| | ) |
|         Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT OF SILVER CROSS HEALTH SYSTEM**

Defendant, Silver Cross Hospital and Medical Centers (herein "Silver Cross"), pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of the United States District Court for the Northern District of Illinois, by and through its attorneys, Baker & McKenzie LLP, makes the following disclosures to the Court:

1. Silver Cross is not owned by a parent corporation.

2. No publicly held corporation owns 10% or more of the stock of Silver Cross.

3. Silver Cross has no publicly held affiliates.

**Dated: September 28, 2015**

Respectfully Submitted,

SILVER CROSS HOSPITAL AND
MEDICAL CENTERS

By:   /s/ Matthew M. Brown
       One of the Attorneys for Silver Cross
       Hospital and Medical Centers

Robert J. Mignin (ARDC #: 1906755)
Matthew M. Brown (ARDC #: 6302491)
Baker & McKenzie LLP
300 East Randolph Street, Suite 5000
Chicago, Illinois 60601
Tel: 312.861.2520
Fax: 312.698.2481

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on September 28, 2015, he caused the foregoing Corporate Disclosure Statement to be served on the following individual via U.S. mail delivery, with proper postage pre-paid, from 300 E. Randolph Street, Chicago, Illinois 60601:

Fred Cartwright
507 E. Cass Street
Joliet, IL 60432

The undersigned attorney hereby further certifies that on September 28, 2015, he caused the foregoing Corporate Disclosure Statement to be served on the following individuals via this Court's ECF filing system:

Noah Finkel
Counsel for Crothall Health Care, Inc.
Seyfarth Shaw LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603-5577
(312) 460-5000
nfinkel@seyfarth.com

Katherine Mendez
Counsel for Crothall Health Care, Inc.
Seyfarth Shaw LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603-5577
(312) 460-5000
kmendez@seyfarth.com

/s/ Matthew M. Brown
One of the Attorneys for Silver Cross
Hospital and Medical Centers