UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Fred Cartwright ) | |
|           Plaintiff, ) | |
| v. ) | |
| ) | Case No.: 15 CV 6759 |
| Silver Cross Hospital and Medical Centers a/k/a ) | Judge Blakey |
| Silver Cross Hospital and Crothall Healthcare, Inc. ) | |
| ) | |
|           Defendants. ) | |

**MOTION TO WITHDRAW AS APPOINTED COUNSEL**

Now Comes, John F. Donahue, pursuant to Local Rule 83-38, to herein request leave to withdraw as appointed counsel for Plaintiff, Fred Cartwright, and in support thereof states as follows:

1. Since being appointed in this matter, the undersigned has spent considerable hours meeting with Fred Cartwright conducting legal research and reviewing documents in order to understand the nature and basis of his employment discrimination claims. The undersigned has traveled to Joliet and has had several lengthy meetings with Fred Cartwright on July 19, 2016, July 27, 2016 and October 12, 2016 and has spent numerous hours reviewing documents received from Mr. Cartwright. As of November 15, 2016, the hours spent on this case have totaled in excess of 90 hours. Since November 15, 2016, substantial more hours have been spent preparing for discovery.

2. During discussions on the filing of Plaintiff's amended complaint, and thereafter, it has become apparent that substantial disagreements exist between Mr. Cartwright and the undersigned which cannot be overcome. Discussions on matters of important litigation strategy and emphasis have been undertaken regarding the presentment of Mr. Cartwright's case. Mr.

Cartwright has strong opinions on the manner in which his case is presented which are fundamentally incompatible with the approach required by the undersigned. In a recent letter of December 11, 2016, Mr. Cartwright continued to raise these issues of disagreement and asked the undersigned if there is a conflict of interest. In a subsequent telephone conversation of December 12, 2016, Mr. Cartwright and the undersigned discussed these substantial differences again. Despite a mutual understanding of each other's reasoning, no agreement could be reached regarding matters which go to the core of the presentation of Mr. Cartwright's case.

3. During a telephone call of December 12, 2016, Mr. Cartwright was advised that this motion would be filed. The differences between Mr. Cartwright and the undersigned could not be reconciled and result in a personal incompatibility over the handling of this case.

WHEREFORE, John Donahue, requests that that he be granted leave to withdraw from the representation of Mr. Cartwright.

                                                    Respectfully Submitted;

                                            /s/ John F. Donahue_____
                                            John F. Donahue

JOHN F. DONAHUE
Rosenthal, Murphey, Coblentz & Donahue
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. (312) 541-1070
Fax (312) 541-9191
E-mail: Jdonahue@rmcj.com