**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Fred Cartwright, ) | |
| ) | Case No.: 15 CV 6759 |
| Plaintiff, ) | |
| ) | Honorable John R. Blakey |
| v. ) | |
| ) | |
| Silver Cross Hospital and Medical Centers ) | |
| a/k/a Silver Cross Hospital and Crothall ) | |
| Healthcare, Inc., ) | |
| ) | |
| Defendants. ) | |

**<u>MOTION TO WITHDRAW AS APPOINTED COUNSEL</u>**

Now Comes, Brian T. Maye, pursuant to Local Rule 83.38, to herein request leave to withdraw as appointed counsel for Plaintiff, Fred Cartwright, and, in support thereof, states as follows:

1. On December 20, 2016, pursuant to LR 83.36, attorney Brian T. Maye, a partner at the law firm Adler Murphy & McQuillen LLP, was appointed by this Court to represent Plaintiff. Since being appointed in this matter, the undersigned, and his law firm, has committed significant resources representing Plaintiff in good faith. As of January 29, 2018, Mr. Maye and associate attorneys Shane B. Nichols and Ranjini S. Rajan have spent in excess of *530 hours* working on this matter, including, but not limited to, drafting extensive written discovery to Defendants; drafting extensive responses and objections to Defendants' written discovery to Plaintiff; preparing a settlement conference statement; attending a settlement conference before this Court; preparing extensive Rule 30(b)(6) deposition notices; researching legal issues relating to discrimination claims; attempting to contact over 75 witnesses identified by Plaintiff;

1

preparing memoranda relating to investigation efforts, legal research, and case strategy; preparing and filing a 34 page motion to compel discovery; engaging in frequent and lengthy discussions with Plaintiff relating to investigation, strategy, motion practice, discovery and settlement; and engaging in frequent discussions and correspondence with counsel for Defendants regarding the merits of the case, discovery disputes, settlement, motion practice and procedural issues.

2. During the approximately 14 months Mr. Maye has represented Plaintiff, substantial disagreements have developed between Mr. Cartwright and his counsel regarding litigation strategy. Great efforts have been made by Mr. Maye to attempt to resolve the substantial disagreements between him and Plaintiff regarding strategy. Unfortunately, despite good faith efforts, Plaintiff and his counsel cannot reconcile their differences.

3. Mr. Maye has given Plaintiff substantial notice regarding withdrawal from this matter, including numerous telephone conversations and correspondence well ahead of the filing of this motion.

4. Mr. Maye has taken steps to protect Plaintiff's interests in the context of this withdrawal, including providing Plaintiff significant time to attempt to retain new counsel. Mr. Maye has also prepared documents advising Plaintiff on the status of discovery, motion practice and procedural issues. Additionally, if the Court grants this motion, Mr. Maye will promptly deliver his firm's case file to Plaintiff.

5. Pursuant to LR 83.38, Mr. Maye asks that the Court to grant his request to withdraw from the representation of Plaintiff.

6. Pursuant to LR 83.37 and LR 83.38 (c), Mr. Maye asks that the Court enter an

order determining that Mr. Maye has satisfied the case representation obligations under LR 83.37.

WHEREFORE, Brian T. Maye requests that he be granted leave to withdraw from the representation of Plaintiff pursuant to Local Rule 83.38.

| | |
|---|---|
| Dated: January 30, 2018 | Respectfully submitted, |
| | /s/ Brian T. Maye |
| | Brian T. Maye<br>Adler Murphy & McQuillen LLP<br>20 S. Clark Street, Suite 2500<br>Chicago, Illinois 60603<br>Telephone: (312) 345-0700<br>bmaye@amm-law.com |
| | Attorney for Plaintiff |

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that on January 30, 2018, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

                                            /s/ Brian T. Maye