**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Fred Cartwright, | ) |
| | ) Case No.: 15 CV 6759 |
| Plaintiff, | ) |
| | ) Honorable John R. Blakey |
| v. | ) |
| | ) |
| Silver Cross Hospital and Medical Centers | ) |
| a/k/a Silver Cross Hospital and Crothall | ) |
| Healthcare, Inc., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS APPOINTED COUNSEL

Now Comes, Shane B. Nichols, pursuant to Local Rule 83.17, to herein request leave to withdraw as counsel for Plaintiff, Fred Cartwright, and, in support thereof, states as follows:

1.     On December 20, 2016, pursuant to LR 83.36, attorney Brian T. Maye, a partner at the law firm Adler Murphy & McQuillen LLP, was appointed by this Court to represent Plaintiff. After Mr. Maye was appointed, the undersigned - an associate[1] at the firm - also entered an appearance to assist in representing Plaintiff. Since being appointed in this matter, the undersigned, and his law firm, have committed significant resources representing Plaintiff in good faith. As of January 29, 2018, the undersigned, Mr. Maye and associate attorney Ranjini S. Rajan have spent in excess of *530 hours* working on this matter, including, but not limited to, drafting extensive written discovery to Defendants; drafting extensive responses and objections to Defendants' written discovery to Plaintiff; preparing a settlement conference statement; attending a settlement conference before this Court; preparing extensive Rule 30(b)(6) deposition

---

[1] The undersigned is not a member of the trial bar.

1

notices; researching legal issues relating to discrimination claims; attempting to contact over 75 witnesses identified by Plaintiff; preparing memoranda relating to investigation efforts, legal research, and case strategy; preparing and filing a 34 page motion to compel discovery; engaging in frequent and lengthy discussions with Plaintiff relating to investigation, strategy, motion practice, discovery and settlement; and engaging in frequent discussions and correspondence with counsel for Defendants regarding the merits of the case, discovery disputes, settlement, motion practice and procedural issues.

2.      During the approximately 14 months Mr. Maye and the firm have represented Plaintiff, substantial disagreements have developed between Plaintiff and his counsel regarding litigation strategy. Great efforts have been made by the undersigned and Mr. Maye to attempt to resolve the substantial disagreements between them and Plaintiff regarding strategy. Unfortunately, despite good faith efforts, Plaintiff and his counsel cannot reconcile their differences.

3.      Mr. Maye has given Plaintiff substantial notice regarding withdrawal from this matter, including numerous telephone conversations and correspondence well ahead of the filing of this motion.

4.      Mr. Maye and the undersigned have taken steps to protect Plaintiff's interests in the context of this withdrawal, including providing Plaintiff significant time to attempt to retain new counsel. Mr. Maye and the undersigned have also prepared documents advising Plaintiff on the status of discovery, motion practice and procedural issues. Additionally, if the Court grants this motion, Mr. Maye and the undersigned will promptly deliver the firm's case file to Plaintiff.

5.      Pursuant to LR 83.17, the undersigned has included a "Notification of Party

Contact Information" form as Exhibit A.

6.　　Pursuant to LR 83.17, the undersigned asks that the Court grant his request to withdraw from the representation of Plaintiff.

WHEREFORE, Shane B. Nichols requests that he be granted leave to withdraw from the representation of Plaintiff pursuant to Local Rule 83.17.

Dated: January 31, 2018　　　　　　　　Respectfully submitted,

/s/ Shane B. Nichols

Shane B. Nichols
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 345-0700
snichols@amm-law.com

Attorney for Plaintiff

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney certifies that on January 31, 2018, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Shane B. Nichols