UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRED CARTWRIGHT<br>    Plaintiff<br><br>v.<br><br>SILVER CROSS HOSPITAL and<br>CROTHALL HEALTH CARE, INC.<br>    Defendants | Court No.: 1-15-cv-06759 |

### JONATHAN W. GOKEN'S MOTION TO RECUSE AS APPOINTED COUNSEL FOR PLAINTIFF FRED CARTWRIGHT

NOW COMES, Jonathan W. Goken, appointed counsel for Plaintiff, FRED CARTWRIGHT, and for his Motion to Recuse as Appointed Counsel for Plaintiff, FRED CARTWRIGHT, states as follows:

1. On May 31, 2018, this Honorable Court recruited Jonathan W. Goken of Lewis Brisbois Bisgaard & Smith LLP, to represent the Plaintiff in accordance with his trial bar obligations under the District Court's Local Rules 83.11(h) and 83.37. In doing so, this Honorable Court ordered Jonathan W. Goken to file his Appearance by June 11, 2018. *See* Document Number 145.

2. Upon receiving notice of this Honorable Court's recruitment of Jonathan W. Goken as counsel for the Plaintiff, Lewis Brisbois Bisgaard & Smith LLP ran a conflicts check to determine whether any actual or business conflicts exists, which would impede or otherwise preclude Jonathan W. Goken's representation of Plaintiff in the instant case.

3. The conflicts check completed at Lewis Brisbois Bisgaard & Smith LLP revealed that Lewis Brisbois Bisgaard & Smith LLP and Jonathan W. Goken's partner, Scott Bentivenga, have represented the Defendant, Silver Cross Hospital in other matters.

4. Given the nature of this case, Lewis Brisbois Bisgaard & Smith's partner, Scott Bentivenga's prior representation and current relationship with the Defendant, Silver Cross Hospital,

as well as Lewis Brisbois Bisgaard & Smith LLP's extensive medical malpractice practice in Illinois and throughout the Chicago area, Lewis Brisbois Bisgaard & Smith LLP and its attorneys, including Jonathan W. Goken, have an inherent conflict of interest in representing Plaintiff, Fred Cartwright in the instant matter.

5. Consequently, Jonathan W. Goken, respectfully requests this Honorable Court to relieve him from representing the Plaintiff, Fred Cartwright in this matter accordingly.

6. In support of this Motion, the Affidavit of Jonathan W. Goken is attached hereto as Exhibit A.

WHEREFORE, Jonathan W. Goken, respectfully requests this Honorable Court recuse him from representing Plaintiff, Fred Cartwright in this matter.

Respectfully Submitted,

By: /s/ Jonathan W. Goken

Jonathan W. Goken (ARDC #6278837)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street
Suite 300
Chicago, IL 60661
(312) 345-1718 Telephone
(312) 463-3303 Direct
(312) 345-1778 Facsimile
Jonathan.goken@lewisbrisbois.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FRED CARTWRIGHT**<br>　Plaintiff | )<br>)<br>) |
| v. | )    Court No.:    1-15-cv-06759<br>) |
| **SILVER CROSS HOSPITAL and**<br>**CROTHALL HEALTH CARE, INC.**<br>　**Defendants** | )<br>)<br>)<br>) |

## AFFIDAVIT OF JONATHAN WARD GOKEN

I, Jonathan Ward Goken, hereby state and could testify under oath that:

1. My name is Jonathan Ward Goken. I have been a practicing attorney, in good standing, in the state of Illinois since 2002.

2. I am in good standing with the Northern District of Illinois and am a member of the Trial Bar.

3. On May 31, 2018, this Honorable Court recruited me to represent Plaintiff, Fred Cartwright, in his suit against the Defendants, Silver Cross Hospital and Crothall Health Care, Inc.

4. Upon being recruited, a conflict check by the law firm, Lewis Brisbois Bisgaard & Smith LLP ("LBBS"), revealed that actual and substantial business conflict exists with respect to my ability to represent the Plaintiff in this matter.

5. Particularly, LBBS has represented Defendant, Silver Cross Hospital. **Exhibit A - Conflict Check Results.**

6. Through these representations, LBBS has had access to various confidential documents belonging to Silver Cross Hospital and has developed a longstanding substantial business relationship with Silver Cross Hospital.

7. As a result of LBBS' relationship with the Defendant, Silver Cross Hospital, as well as LBBS' extensive medical malpractice practice in Chicago and throughout the State of Illinois,

4819-5490-6216.1


EXHIBIT A

LBBS and its attorneys have an inherent conflict of interest in representing the Plaintiff in this case and a waiver of said conflict of interest is not possible.

8. Given the actual and substantial conflict that exists with this Court's recruitment of Goken as Plaintiff's attorney, I respectfully request that this court relieve me of my duties under Local Rules 83.11(h) and 83.38, as I am precluded due to the conflict of interest aforementioned in representing Plaintiff in this action.

Respectfully Submitted,

By: *[signature]*

FURTHER AFFIANT SAYETH NOTH.

*[signature]*
Jonathan W. Goken

SUBSCRIBED AND SWORN TO before me this 8th day of June, 2018

*[signature]*
NOTARY PUBLIC

JENNIFER L HUERTA
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
September 26, 2018

Jonathan W. Goken (ARDC #6278837)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street
Suite 300
Chicago, IL 60661
(312) 345-1718 Telephone
(312) 463-3303 Direct
(312) 345-1778 Facsimile
Jonathan.goken@lewisbrisbois.com

| CNSRCH-2 | **Conflicts Search** | 5/31/2018 1:52:14 PM lindsey soderlund | Page 1 |
|---|---|---|---|
| | | | *Public/ladc-sqln01#acct/ |

**Search Words:** Fred Cartwright

**Search Type:** *ALL*
*Matter Name included* *Address Name excluded*
*Archived Conflict Names Included*

| Conflict Name | Client/Matter Name Type | Client Name Bill Atty | Rsp Atty | Matter Name | C/M Opened/Closed |
|---|---|---|---|---|---|

0  Names Printed



| CNSRCH-2 | | **Conflicts Search** | 5/31/2018 1:53:20 PM lindsey.soderlund | | Page 1 *Public/ladc-sqln01#acct/ |
|---|---|---|---|---|---|
| **Search Words:** Crothall Health Care, Inc. | | | | | Search Type: *ALL *Matter Name included* *Address Name excluded* *Archived Conflict Names Included* |
| **Conflict Name** | | **Client/Matter Name Type** | **Client Name** **Bill Atty** | **Rsp Atty** | **Matter Name** **C/M Opened/Closed** |

    **0 Names Printed**

| | | | | Page 1 |
|---|---|---|---|---|
| CNSRCH-2 | | **Conflicts Search** | 5/31/2018 1:53:01 PM lindsey.soderlund | *Public/ladc-sqln01#acct/ |

**Search Words:** Silver Cross Hospital

**Search Type:** *ALL*
*Matter Name included* *Address Name excluded*
*Archived Conflict Names Included*

| Conflict Name | Client/Matter Name Type | Client Name Bill Atty | Rsp Atty | Matter Name C/M Opened/Closed |
|---|---|---|---|---|
| d/b/a Silver Cross Hospital | 31901-8 Suit Party - Def | Illinois Insurance Guaranty Fund JAG9 :J Goldwat Named Insured Client - Rep. Party | BGS .B Schuman Anuj S. Puppala, M.D. Illinois Insurance Guaranty Fund | Ward, Josephine v. Puppala M D., Anuj M 5/19/14 9/04/14 |
| Joy Ronald v. Silver Cross Hospital, et al. | 37973-68 Matter Label | Presence Health DPS :D Slayden Client - Rep. Party | DPS :D Slayden Presence | Joy Ronald v. Silver Cross Hospital, M 9/25/17 Open |
| Silver Cross Hospital | 34329 Client | Silver Cross Hospital SCB1 :S Bentive | SCB1 :S Bentive | C 1/10/14 Open |
| Silver Cross Hospital | 34329-2 Client - Rep. Party | Silver Cross Hospital SCB1 :S Bentive Client - Rep. Party | SCB1 :S Bentive Silver Cross Hospital | Doyle v. Edward Hospital M 1/10/14 9/07/16 |
| Silver Cross Hospital | 37973-68 Suit Party - Def | Presence Health DPS :D Slayden Client - Rep. Party | DPS :D Slayden Presence | Joy Ronald v. Silver Cross Hospital, M 9/25/17 Open |
| Silver Cross Hospital | 37973-68 Suit Party - Def | Presence Health DPS :D Slayden Client - Rep. Party | DPS :D Slayden Presence | Joy Ronald v. Silver Cross Hospital, M 9/25/17 Open |
| Silver Cross Hospital | 28303-286 Suit Party - Def | Aspen Specialty Insurance Company CHC :C Cole Named Insured Client - Rep. Party | CHC .C Cole Dr. Anas Elshafei Dr. Anas Elshafei | Walton v. Silver Cross Hospital, et a M 12/21/17 Open |
| Silver cross Hospital and Medical Center | 31129-33 Suit Party - Def | Cardinal Health DDD1 :D Dennis Parent Client: Client - Rep. Party | DDD1 :D Dennis Cardinal Health, Inc. - "Inactive" Cardinal Health Solutions, Inc. | Cardinal Health adv Bracey M 11/09/12 11/07/13 |
| Silver Cross Hospital and Medical Center | 37973-68 Suit Party - Def | Presence Health DPS :D Slayden Client - Rep. Party | DPS .D Slayden Presence | Joy Ronald v Silver Cross Hospital, M 9/25/17 Open |
| Silver Cross Hospital and Medical Centers | 34329-2 Suit Party - Def | Silver Cross Hospital SCB1 :S Bentive Client - Rep. Party | SCB1 :S Bentive Silver Cross Hospital | Doyle v. Edward Hospital M 1/10/14 9/07/16 |
| Silver Cross Hospital and Medical Centers | 31901-8 Suit Party - Def | Illinois Insurance Guaranty Fund JAG9 :J Goldwat Named Insured Client - Rep. Party | BGS B Schuman Anuj S. Puppala, M.D. Illinois Insurance Guaranty Fund | Ward, Josephine v. Puppala M.D., Anuj M 5/19/14 9/04/14 |
| Walton v. Silver Cross Hospital, et al., 17 L 904 | 28303-286 Matter Label | Aspen Specialty Insurance Company CHC :C Cole Named Insured Client - Rep. Party | CHC :C Cole Dr. Anas Elshafei Dr. Anas Elshafei | Walton v. Silver Cross Hospital, et a M 12/21/17 Open |

**12 Names Printed**