IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRED CARTWRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 15-cv-06759 |
| ) | |
| SILVER CROSS HOSPITAL AND ) | |
| MEDICAL CENTERS and CROTHALL ) | |
| HEALTH CARE, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AS APPOINTED COUNSEL

NOW COMES, AMY J. THOMPSON, pursuant to Local Rule 83.38, to herein request leave to withdraw as appointed counsel for Plaintiff, Fred Cartwright, and in support thereof, states as follows:

1. On June 27, 2018, pursuant to LR 83.36, attorney Amy J. Thompson, a partner at the law firm Cunningham, Meyer & Vedrine P.C., was appointed by this Court to represent Plaintiff. Since being appointed to this matter, the undersigned and her law firm, have committed significant resources toward representing Plaintiff in good faith. As of October 1, 2018, Ms. Thompson and law clerk, Daniel Dunham have spent in excess of 77 hours working on this matter, including, but not limited to the following legal work: travel and meetings with Mr. Cartwright, review of hundreds of documents and file materials to get up to speed on this three year old matter, conferences with Defense counsel, legal research and analysis of case law, attendance at court hearings, scheduling of several deposition, additional efforts to contact and

interview fact witnesses identified by Plaintiff, preparation for meetings, preparation for Plaintiff's deposition testimony, case strategy, and attempts to further settlement negotiations.

    2.    From the outset of her representation, substantial disagreements have existed between Mr. Cartwright and his counsel regarding litigation strategy. Great efforts have been made by Ms. Thompson to attempt to resolve the substantial disagreements between her and Plaintiff regarding strategy. Unfortunately, despite good faith effort, plaintiff and his counsel cannot reconcile their differences.

    3.    Ms. Thompson has given Plaintiff substantial notice regarding withdrawal from this matter, including in-person communication and correspondence in advance of this motion being filed. It is Ms. Thompson's belief that Plaintiff no longer wishes her to serve as his counsel.

    4.    Ms. Thompson has prepared documents advising Plaintiff on the status of discovery, procedural issues, and case law. Additionally, if the Court grants this motion, Ms. Thompson will promptly deliver her firm's case file to Plaintiff.

    5.    Pursuant to LR 83.38, Ms. Thompson asks that the Court grant her request to withdraw from the representation of Plaintiff.

    6.    Pursuant to LR 83.37 and LR 83.38 ( c), Ms. Thompson asks that he Court enter an order determining that Ms. Thompson has satisfied the case representation obligations under LR 83.37.

WHEREFORE, Amy J. Thompson, requests that she be granted leave to withdraw from the representation of Plaintiff pursuant to Local Rule 83.38.

**Respectfully submitted,**

/s/Amy J. Thompson
Amy J. Thompson
Cunningham, Meyer & Vedrine P.C.
1 East Wacker Drive, Suite 2200
Chicago, Illinois 60601
312-578-0049
Counsel for Plaintiff
ARDC 6244011

## **CERTIFICATE OF SERVICE**

A copy of the **PLAINTIFF'S MOTION TO WITHDRAW** filed electronically this 2nd day of October 2018. Notice of this filing will be sent to all parties by mail. Parties may access this filing through the court's electronic system.

***Attorneys for Silver Cross Hospital***
Arthur Rooney – LEAD ATTORNEY
Baker & McKenzie LLP
300 East Randolph
Suite 5000
Chicago, Illinois 60601-6342
312/861-2838
arthur.rooney@bakermckenzie.com

Alexis Sullivan Hawley
Miriam B. Petrillo
Baker & McKenzie LLP
300 East Randolph
Suite 5000
Chicago, Illinois 60601
312/861-2530
312/861-3075
Alexis.hawley@bakermckenzie.com
miriam.petrillo@bakermckenzie.com

***Attorneys for Crothall Health Care, Inc.***
Noah A. Finkel
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603
312/460-5000
nfinkel@seyfarth.com
*LEAD ATTORNEY*

Katherine Frances Mendez
Misty Rose Martin
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603
312/460-5215
kmendez@seyfarth.com
mrmartin@seyfarth.com

**VIA E-mail, Certified Mail and Fed Ex to**
Fred Cartwright
507 East Cass Street
Joliet, Illinois 60432
fredcart64@gmail.com

/s/Amy J. Thompson
Amy J. Thompson (#6244011)
CUNNINGHAM, MEYER & VEDRINE, P.C.
One East Wacker Drive, Suite 2200
Chicago, Illinois 60601
(312) 578-0049/(312) 578-0247 - fax
Email: athompson@cmvlaw.com
**Attorneys for Plaintiff, Cartwright**