```
 1                   IN THE UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF ILLINOIS
 2                            EASTERN DIVISION

 3   FRED CARTWRIGHT,                   ) Docket No. 15 CV 6759
                                        )
 4          Plaintiff,                  )
                                        ) Chicago, Illinois
 5               vs.                    ) March 26, 2019
                                        ) 9:45 o'clock a.m.
 6   SILVER CROSS HOSPITAL, et al.,     )
                                        )
 7          Defendants.                 )

 8
              TRANSCRIPT OF PROCEEDINGS - STATUS/MOTION
 9         BEFORE THE HONORABLE JOHN ROBERT BLAKEY

10

11   APPEARANCES:
     For the Plaintiff:    PRO SE
12      (via telephone)    BY:  MR. FRED CARTWRIGHT
                           507 East Cass Street
13                         Joliet, Illinois   60432

14
     For Silver Cross:     BAKER & McKENZIE LLP (Chicago)
15                         BY:  MR. ARTHUR J. ROONEY
                           300 East Randolph Street
16                         Suite 5000
                           Chicago, Illinois   60601

17

18   For Crothall:         SEYFARTH SHAW LLP
                           BY:  MS. MISTY R. MARTIN
19                         1075 Peachtree Street, N.E.
                           Suite 2500
20                         Atlanta, Georgia   30309

21

22
                    Laura LaCien, CSR, RMR, CRR
23                     Official Court Reporter
              219 South Dearborn Street, Suite 1212
24                    Chicago, Illinois   60604
                           (312) 408-5032
25
```

```
 1        (The following proceedings were had in open court:)
 2             COURTROOM DEPUTY:  15 C 6759, Cartwright versus
 3   Silver Cross Hospital.
 4             THE COURT:  Good morning, counsel.  Appearances?
 5             MS. MARTIN:  Misty Martin on behalf of defendant
 6   Crothall Health Care.
 7             MR. ROONEY:  Arthur Rooney for defendant Silver
 8   Cross Hospital.
 9             THE COURT:  Mr. Cartwright, can you state your name
10   for the record?
11             MR. CARTWRIGHT:  Plaintiff, Fred Cartwright.
12             THE COURT:  All right.  Have you found an attorney
13   for yourself, Mr. Cartwright?
14             MR. CARTWRIGHT:  No.  I haven't.
15             THE COURT:  Okay.  Are you continuing to look?
16             MR. CARTWRIGHT:  Yes.
17             THE COURT:  Okay.
18             MR. CARTWRIGHT:  I, I -- I was -- I'm -- every --
19   every time I contact someone, I never get a return call back
20   and -- but not every time.  And I am continuing to look;
21   yes.
22             THE COURT:  Okay. My understanding is you actually
23   showed for your second deposition after having failed to show
24   for the first one and then the parties have agreed to
25   continue that to another date.  What's the new date for the
```

```
 1  finishing of the plaintiff's deposition?
 2          MS. MARTIN:  April 23rd and 24th.
 3          THE COURT:  April 23rd and 24th.  Based on that, the
 4  case management order, Docket Entry 160, I'm going to adjust
 5  those dates.
 6          Gloria, can you see if we're good for a final
 7  discovery status on July 10th?
 8          COURTROOM DEPUTY:  That works, Judge, at 9:45.
 9          THE COURT:  Is that good for the parties?
10          MS. MARTIN:  Yes.
11          MR. ROONEY:  Yes.
12          THE COURT:  Is that good for you, Mr. Cartwright?
13          MR. CARTWRIGHT:  Yes.  July 10th?
14          THE COURT:  July 10th.
15          MR. CARTWRIGHT:  Yes.
16          THE COURT:  Yes.  It's for a court date.  That will
17  be -- the new close of discovery will be July 26th.  Deadline
18  for final pretrial order, motions in limine, October 7th.
19  Deadline for responses to motions in limine, October 16th.
20  Final pretrial conference, October 28th.
21          Gloria, can you take a look at the November 4th
22  trial calendar and see if that looks good for us?
23          COURTROOM DEPUTY:  That works, Judge.
24          THE COURT:  Is that good for the parties?
25          MS. MARTIN:  Yes.
```

1        MR. ROONEY:  Yes.

2        THE COURT:  Is that a good trial date for you, sir?

3        MR. CARTWRIGHT:  Yes.  Yes, I -- yes.

4        THE COURT:  Okay.  The Court schedules trials on a
5   two-week period so you have to keep the whole two weeks open.
6   You may or may not be the first case on that call.  I set up
7   to four cases for a trial calendar.  If all the cases are
8   pending when that date rolls around, which is never the case
9   because cases are resolved normally by dispositive motion or
10  settlement, I don't anticipate that here obviously, if they
11  are -- no matter how many cases are pending when the date
12  rolls around, I'll take them all sequentially during the
13  two-week period so you might be the first case, you might be
14  the second case.

15       If I can't do them all sequentially myself within
16  the period, I'll refer it to another district court judge,
17  which has also never happened so -- but the main point is
18  make sure you keep that whole two weeks.  I don't anticipate
19  this trial to last two weeks but that would be the Court's
20  concern that you keep your schedule clear for two weeks.

21       Anything else I can help you with today?

22       MS. MARTIN:  Yes.  Plaintiff had filed a motion to
23  compel regarding discovery, a couple of motions.  You struck
24  them for failure to comply with Rule 27 in your standing
25  orders and he refiled them the next day and motioned them for

1  June 24th and we'd like those to be stricken.
2              THE COURT:  He didn't -- he still didn't notice them
3  properly.  They will be stricken again.
4              Mr. Cartwright, you need to follow the rules.
5  You're not above the law so read the standing orders and the
6  local rules and comply with them.  Do you understand?
7              MR. CARTWRIGHT:  Yes.
8              THE COURT:  Okay.  Hang on a second.  Have you had
9  an opportunity to see the motion to compel, counsel, in terms
10 of the merits of it?
11             MS. MARTIN:  We have read through the voluminous
12 filings and it is not clear what it is that his issue is.
13             THE COURT:  All right.  As difficult as it is, I'm
14 going to ask that you try to meet and confer to see what you
15 can figure out with him on the other side.
16             MS. MARTIN:  We did reach out via telephone and
17 email and we did not hear back from him to try to discuss the
18 issue, so.
19             THE COURT:  All right.  Mr. Cartwright, there's
20 also -- in the local rules and part of my orders as well, you
21 can't file a motion until you discuss it with the other side
22 first so you need to answer their phone call and discuss what
23 your issues are before you file a motion or I'll strike your
24 motion again.  Do you understand?
25             MR. CARTWRIGHT:  Yes, but I -- but I -- I have been

1    trying to -- because I sent them a notice, a notice and --
2    through -- I sent them a notice through email and --
3    regarding the issues of the motion to compel.
4             THE COURT:  Okay.  Hang on a second.  That's
5    insufficient.  You have to talk to them on the phone.  Do you
6    understand?
7             MR. CARTWRIGHT:  Yes, but I -- okay, but I -- I, I
8    left my number and asking them to call but they never
9    called.
10            THE COURT:  Well, they said they called and they
11   were waiting for a call back from you so at this point it's
12   phone tag and you're it so I need you to call them.  Do you
13   understand?
14            MR. CARTWRIGHT:  Yes, but I -- but -- and again,
15   that I -- that I talked to -- I emailed Mr. -- the -- a
16   couple -- just before the status hearing on the twenty --
17   the -- not the status hearing.  I just emailed them to get
18   his telephone number because he sent me a -- his, his -- I
19   had his name but he never did send me his number and I
20   left -- and I gave him another email stating my number so he
21   can call me back so we could discuss it but he never called
22   me back.
23            THE COURT:  All right.  Their phone number is on the
24   docket so go ahead and --
25            MR. CARTWRIGHT:  Okay.

```
 1              THE COURT:  -- look them up and call them.  Do you
 2   understand?
 3              MR. CARTWRIGHT:  Okay.  Yes.
 4              THE COURT:  Okay.  All right.  Anything else,
 5   counsel?
 6              MR. ROONEY:  No, your Honor.
 7              THE COURT:  All right.  Anything else, Mr.
 8   Cartwright?
 9              MR. CARTWRIGHT:  No, not at this -- no.  I can't
10   think of nothing right now.
11              THE COURT:  All right.  Thank you.
12              MR. CARTWRIGHT:  Thank you.
13              MS. MARTIN:  Thank you.
14       (Which concluded the proceedings in the above-entitled
15   matter.)
16                       C E R T I F I C A T E
17         I hereby certify that the foregoing is a transcript
18   of proceedings before the Honorable John Robert Blakey on
19   March 26, 2019.
20
21   /s/Laura LaCien
     _____              October 30, 2019
22   Laura LaCien                                Date
     Official Court Reporter
23
24
25
```